# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA (ROME)

| In re:<br><br>Green Energy Transport LLC,<br><br>Debtor. | Case No. 22-41010<br><br>Chapter 11<br><br>Judge Barbara Ellis-Monro |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the attorneys listed below appear as counsel to Comerica Bank, in this bankruptcy matter, and request that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

| Marc N. Swanson (Michigan P71149)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>Phone: (313) 496-7591<br>Fax: (313) 496-8452<br>swansonm@millercanfield.com | Steven A. Roach (Michigan P39555)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson Avenue, Suite 2500<br>Detroit, MI 48226<br>Phone: (313) 496-7933<br>Fax: (313) 496-8452<br>roach@millercanfield.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

39584306.1/088888.03230

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Marc N. Swanson (Michigan P71149)
150 West Jefferson Avenue, Suite 2500
Detroit, MI  48226
Phone:  (313) 496-7591
Fax:  (313) 496-8452
swansonm@millercanfield.com

Dated:  August 29, 2022

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 29, 2022, he filed the above *Notice of Appearance and Request for Service* with the Court, using the Court's CM/ECF system which will provide notice of the filing to all registered participants in this matter.

/s/ *Marc N. Swanson*
Attorney

39584306.1/088888.03230